IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANTHONY ROGERS                                                                  PLAINTIFF

v.                        No. 3:24-cv-28-DPM-JJV

BRAD SNYDER, Sheriff, Greene County;
SHEILA ROBERTSON, Jail
Administrator, G.C.D.C.; JACOB WHITE,
Jail Supervisor, G.C.D.C.; DANE
BARNUM, Training Officer, G.C.D.C.;
JASMINE SANCHEZ, Compliance
Officer, G.C.D.C.; GINA DUCAN, Head
Nurse, G.C.D.C.; TOMMIE MOLMOS,
Cpl. Officer, G.C.D.C.; CHRISTINE
HOFFMAN, Kitchen Supervisor,
G.C.D.C.; J. HOYER, Officer, G.C.D.C.;
B. MORGAN, Maintenance Officer,
G.C.D.C.; DOES, Sgts. "Kori," "Cam,"
"Mike," "Luke," Officers "Ethan," "Seth,"
"Flinn," "Chris," "Casey;" CAMERON
HUGHES, Sergeant, G.C.D.C.; and
ETHAN HUFFSETTLER, Officer,
G.C.D.C.                                                                       DEFENDANTS

ORDER

Recommendation, *Doc. 9*, declined because of changed circumstances. The state criminal charges against Rogers were dropped. *Doc. 11*. The Court refers the case back to the Magistrate Judge to re-screen the complaint.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 July 2024