IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANTHONY ROGERS                                          PLAINTIFF

v.                        No. 3:24-cv-28-DPM-JJV

DANE BARNUM, Training Officer,
G.C.D.C.;  JASMINE SANCHEZ,
Compliance Officer, G.C.D.C.;  THOMAS
OLMOS, Cpl. Officer, G.C.D.C.;  J.
HOYER, Officer, G.C.D.C.;  DOES, Sgts.
"Kori," "Cam," "Mike," "Luke," Officers
"Ethan," "Seth," "Flinn," "Chris,"
"Casey;"  CAMERON HUGHES, Sergeant,
G.C.D.C.;  ETHAN HUFFSTETLER,
Officer, G.C.D.C.;  and LUKE MORRIS,
Sergeant, G.C.D.C.                                      DEFENDANTS

## ORDER

Unopposed partial recommendation, *Doc. 47*, adopted.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  Rogers's claims against Sergeant Morris are dismissed without prejudice.  The Court instructs the Clerk to terminate Morris as a defendant.

In an earlier partial recommendation, Magistrate Judge Volpe recommended dismissal of the Doe defendants.  *Doc. 15 at 4.*  The Court's Order adopting the partial recommendation, *Doc. 16*, wasn't clear on that point.  The Court directs the Clerk to terminate the Does as defendants.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

16 January 2025