# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**ANTHONY ROGERS**  **PLAINTIFF**
**#540002**

v.   No. 3:24-cv-28-DPM-JJV

**DANE BARNUM, Training Officer,
G.C.D.C.; JASMINE SANCHEZ,
Compliance Officer, G.C.D.C.; THOMAS
OLMOS, Cpl. Officer, G.C.D.C.; J.
HOYER, Officer, G.C.D.C.; CAMERON
HUGHES, Sergeant, G.C.D.C.; and
ETHAN HUFFSTETLER, Officer,
G.C.D.C.**  **DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's partial recommendation, Doc. 77, and overrules defendants' objections, Doc. 81. Fed. R. Civ. P. 72(b)(3). The defendants haven't shown that there is no genuine factual dispute that Rogers failed to exhaust fully his available administrative remedies. They aren't prohibited from exploring in discovery and raising exhaustion as an affirmative defense at trial. *E.g., Foulk v. Charrier*, 262 F.3d 687, 698 (8th Cir. 2001). But they haven't shown that they are entitled to judgment as a matter of law on exhaustion. The motion for summary judgment, Doc. 61, is denied.

-2-

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 December 2025