# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

ANTHONY ROGERS                                                    PLAINTIFF
#540002

v.                              No. 3:24-cv-28-DPM-JJV

DANE BARNUM, Training Officer,
G.C.D.C.;  JASMINE SANCHEZ,
Compliance Officer, G.C.D.C.;  THOMAS
OLMOS, Cpl. Officer, G.C.D.C.;  J.
HOYER, Officer, G.C.D.C;  CAMERON
HUGHES, Sergeant, G.C.D.C.;  and
ETHAN HUFFSTETLER, Officer,
G.C.D.C.                                                         DEFENDANTS

## ORDER

Unopposed partial recommendation, *Doc. 113*, adopted.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  The motion for summary judgment, *Doc. 106*, is granted in part and denied in part. Rogers's excessive force and conditions of confinement claims against Officer Barnum, Officer Sanchez, Officer Olmos, and Officer Hoyer in their individual capacities move forward.  His body search, access to courts, medical care, and disciplinary due process claims are dismissed with prejudice.  So, too, are his official capacity claims.

All claims against Officer Huffstetler and Sergeant Hughes have been dismissed at this point.  The Court directs the Clerk to terminate them as defendants.

-2-

So Ordered.

_WPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_11 March 2026_