**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**ANTHONY ROGERS
#540002** **PLAINTIFF**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 20 2026
TAMMY H. DOWNS, CLERK
By: DEP CLERK

**v.** **No. 3:24-cv-28-DPM**

**DANE BARNUM, Training Officer, G.C.D.C.; JASMINE SANCHEZ, Compliance Officer, G.C.D.C.; THOMAS OLMOS, Cpl Officer, G.C.D.C.; and J. HOYER, Officer, G.C.D.C.** **DEFENDANTS**

**ORDER**

Rogers has written to the Court again about issues with his appointed lawyer. The Court directs the Clerk to file the attached letter *ex parte* and under seal because it contains information about the attorney-client relationship. It was forwarded to counsel for Rogers on 19 October 2026 for him to include in his visit and report. The report deadline is extended to 30 October 2026. The Court directs the Clerk to send Rogers a copy of this Order.

So Ordered.

D.P. Marshall Jr.
United States District Judge

20 October 2026